## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **KATIE ALLHOUSE,** | ) | |
| | ) | |
| **Plaintiff(s),** | ) | |
| | ) | |
| **vs.** | ) | **No.     05-CV-403-DRH** |
| | ) | |
| **JBL LIMITED, et al.,** | ) | |
| | ) | |
| **Defendant(s).** | ) | |

### ORDER OF DISMISSAL

The Court having been advised by the counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed without costs and with the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

DATED: This ___21st___ day of ___March___, 2006.

/s/                David  RHerndon
**UNITED STATES DISTRICT JUDGE**